UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CRIMINAL CASE NO. H-10-858 |
| § | |
| ANTHONY PAUL HOES § | |

## ORDER STRIKING DOCUMENT

The Clerk has filed your Letter motion for medical assistance or transfer, It is deficient as checked.
    (L.R. refers to the Local Rule of this District).

1. ❑ Document is not signed (L.R. 11.3).

2. ❑ Document does not comply with L.R.11.3.A.

3. ❑ Caption of the document is incomplete (L.R.10.1).

4.    No certificate of service or explanation why service is not required (Cr.L.R. 12.4).

5. ❑ Motion does not comply with Cr.L.R.12.2.

    a. ❑ No statement of non-opposition (Cr.L.R.12.2).

    b. ❑ No statement of conference between counsel (Cr.L.R.12.2).

    c. ❑ No separate proposed order attached (Cr.L.R.12.2)

6. **X** Other: Defendant has counsel. All motions must be filed by counsel of record.

The document is stricken from the record.

    SIGNED on January 18, 2011, at Houston, Texas.

                        Lee H. Rosenthal
                        United States District Judge