**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-10-858 |
| | § | |
| | § | |
| | § | |
| ANTHONY PAUL HOES | § | |

**O R D E R**

Defendant Hoes filed an unopposed motion for continuance, (Docket Entry No. 20).   The

court finds that the interests of justice are served by  granting  this continuance and that those

interests outweigh the interests of the public and the defendant in a speedy trial. The  motion for

continuance is GRANTED. The docket control order is amended as follows:

Motions are to be filed by:             February 28, 2011
Responses are to be filed by:          March 14, 2011
Pretrial conference is reset to**:**     **March 21, 2011, at 8:45 a.m.**
Jury trial and selection are reset to:   **March 28, 2011, at 9:00 a.m.**


SIGNED on February 2, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge