IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-10-858 |
| | § § § § | |
| ANTHONY PAUL HOES | § | |

## O R D E R

The defendant moved to correct the judgment under Fed. R. Crim. P. 36. (Docket Entry No. 40). Based on a review of the motion and response and the transcript of the sentencing hearing, this court grants the motion to correct the judgment to reflect that the court recommends to the Bureau of Prisons that Anthony Paul Hoes serve his sentence near Austin, Texas, but denies the motion to correct the judgment to reflect that the court recommends to the Bureau of Prisons that the state facility where Mr. Hoes will be incarcerated be designated as a federal facility.

SIGNED on August 29, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge